FILED

05/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0133

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0133

_____

MEGAN SAYLER,

       Petitioner and Appellee,

   v.                                    O R D E R

YAN SUN,

       Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. After reviewing the opening brief of the Appellant, Yan Sun, which was filed electronically on May 31, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(7) requires the redaction of confidential personal information from documents filed with the Clerk of the Supreme Court, including the "full birth dates" of any person—including children at the center of a parenting dispute. The Court has determined that page three of Appellant's brief lists the full birth date for T.S.J.—the child at the center of the parties' dispute. To comply with M. R. App. P. 10(7), Appellant must remove this reference to T.S.J.'s full birth date. In making this correction, we advise Appellant that references to the month and year of T.S.J.'s birth alone—that is, references which do not include an exact day of the month—are acceptable under M. R. App. P. 10(7).

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within fourteen (14) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 31st day of May, 2022.

For the Court,

By _____
Justice

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
May 31 2022